IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WARREN LOUIS HAMPTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:21-CV-71-WHA-CSC |
| ) | |
| TUSKEGEE AL. SHERIFF ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the court on the Recommendation of the United States Magistrate Judge entered on March 5, 2021. There being no timely objection filed to the Recommendation and upon independent review of the file, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. 6) is ADOPTED.

2. Plaintiff's Complaint is DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i) & (ii).

Final Judgment will be entered separately.

Done, this 26th day of March 2021.

/s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIRO UNITED STATES DISTRICT JUDGE